orig ✓ FEE PAID

_____ FEE NOT PAID
(SEND LETTER)

NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED ON MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U.S. DISTRICT COURT.

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 23 1999

Estate of Edward D. White, et al.,

Plaintiff(s)

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.                                                      *   CIVIL ACTION NO. 99-4301

R.J. Reynolds Tobacco Company, et al.

S-97-4301

Defendant(s)

**************************************************************

MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __Denise A. Fee__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __Scott C. Walker__ ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __R.J. Reynolds Tobacco Company__.

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __Ohio__

AND/OR THE FOLLOWING UNITED STATES COURT(S): ~~United States Court of Appeals for the Armed Forces~~

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: __N/A__

REVISED 7/20/95

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR Peter J. Biersteker ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: [signature]
SIGNATURE  Denise A. Fee
51 Louisiana Avenue, N.W.
ADDRESS
Washington, D.C.  20001-2113
(202) 879-3939
OFFICE PHONE NUMBER
22632
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: [signature]
SIGNATURE   Scott C. Walker
1900 Huntington Center, 41 South High Street
ADDRESS
Columbus, Ohio   43215
(614) 469-3939
OFFICE PHONE NUMBER

ORDER

MOTION ___✓___    GRANTED

MOTION _____    GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION _____    DENIED

DATE: 9/24/99 [signature]

[signature]
JUDGE