**ORIGINAL**

NOTE! EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ESTATE OF EDWARD WHITE

**Plaintiff(s)**

v.                              CIVIL ACTION NO. S-97-4301

R.J. REYNOLDS TOBACCO CO., et al.

☑ FEE PAID

☐ FEE NOT PAID (SEND LETTER)

**Defendant(s)**

### MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __Denise A. Fee__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __David B. Alden__ ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __R.J. Reynolds Tobacco Company__.

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __Ohio__

AND/OR THE FOLLOWING UNITED STATES COURT(S): __Third, Sixth, and Eleventh Circuit Courts of Appeal; Northern District of Ohio__

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: __Never disbarred, suspended, or denied admission__

REVISED 7/20/95

ORIGINAL

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR _____ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: [signature]
SIGNATURE
Jones, Day, Reavis & Pogue
ADDRESS
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

202-879-3939
OFFICE PHONE NUMBER

22632
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: [signature]
SIGNATURE
Jones, Day, Reavis & Pogue
ADDRESS North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

216-586-3939
OFFICE PHONE NUMBER

ORDER

MOTION ___✓___ GRANTED

MOTION _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION _____ DENIED

DATE: 3/31/00

[signature]
JUDGE